William BALTZ, etc., et al., Plaintiffs,

v.

The FAIR, etc., et al., Defendants.

William BALTZ, etc., et al., Plaintiffs,

v.

MARQUETTE WOOD PRODUCTS COM-
PANY, a corporation, Defendant.

No. 50 C 1761.

United States District Court
N. D. Illinois, E. D.
March 22, 1955.

Hill, Sherman, Meroni, Gross & Simp-
son, Chicago, Ill., for plaintiffs.

Rummler, Rummler, & Snow, Chicago,
Ill., for defendant.

KNOCH, District Judge.

This matter came on to be heard on
defendants' motion for summary judg-
ment. The Court has carefully consid-
ered the record, with particular attention
to the original and re-issue patents con-
cerned herein; has had the benefit of ar-
gument of counsel, presented orally and
on briefs; and is fully advised in the
premises.

A study of the patents indicates that
the re-issue patent does not claim a de-
vice not covered by the claim of the orig-
inal patent, nor does it present new con-
cepts not disclosed by the original pat-
ent.

It is the considered opinion of the
Court that a genuine issue of fact does
exist here as to whether the original pat-
ent covered the accused devices, and that
the motion for summary judgment must
be denied.